IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILLIP BISHOP,

       Petitioner,

    v.

ERIC BANDONIS,

       Respondent.

Civil No. 09-333-BR

ORDER

BROWN, Judge.

IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal Without Prejudice of Petition for Writ of Habeas Corpus (#17) is GRANTED.

IT IS SO ORDERED.

DATED this ___1st___ day of September, 2009.

               /s/ Anna J. Brown
                ANNA J. BROWN
                United States District Judge

1 - ORDER -

2 - ORDER -